UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
JORGE MARCELO MAZZINI et al.,

                              Plaintiffs,

              -against-

THE REPUBLIC OF ARGENTINA,

                              Defendant.
-----------------------------------------------------------------x

PARTIAL STIPULATION AND ORDER OF DISMISSAL

03-CV-8120 (LAP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-15-19

      WHEREAS, on March 3, 2004 plaintiffs Jorge Marcelo Mazzini, Graciela Alejandra Chersicla, Alberto Haber, Compañía Calitecno S.A., Heinrich Peter Zum Felde, Ana Valeria Baravalle, Pablo Alejandro Baravalle, Ezequiel Hernan Baclini, Patricia Ruth Caronna, Juan Jose Rizzo, Claudia Aurora Sabatini Bartra, Jose Alberto Landi, Salvador Saddemi, Maria Teresa Lepone, Sergio Saddemi, Hernan Taboada, Susana Frasca, Norberto Pablo Giudice, Susana Lauria, Guillermo Dotto, Jorge Manuel Taboada, Maria del Carmen Escudero, Enrique Cohen, Estrella Bety Rosas de Cohen, Debora Reina Cohen, Corbins Trade S.A., Kinburg Trust S.A., Luigi Giacomazzi, Luciana Pedrolli, Patrizia Giacomazzi, Michele Stagnitto, Claudio Miguel Matheou, Hugo Masini, Viviana Noemi Touron, Guillermo Jorge Domato, Imperial Bylidol S.A., Dario Alberto Pardal, Paula Mastronardi, Horacio Alberto Vazquez, and Liliana Cebrowski, currently represented by Milberg Phillips Grossman LLP, (together, the "Milberg Plaintiffs"), filed an Amended Complaint against the Republic of Argentina (the "Republic") based on their ownership of beneficial interests in Republic-issued bonds (the "Bonds");

      WHEREAS, the Milberg Plaintiffs tendered interests in the Bonds in exchange for new securities issued by the Republic in the Republic's 2010 exchange offer, and/or transferred their interests in the Bonds, and/or have otherwise settled their claims and accordingly no longer hold any interest in the Bonds that are the subject of the above-captioned case.

NOW, THEREFORE, the Milberg Plaintiffs, by their attorneys Milberg Phillips Grossman LLP, and the Republic, by its attorneys Cleary Gottlieb Steen & Hamilton LLP, HEREBY STIPULATE AND AGREE THAT:

1. The Milberg Plaintiffs' claims against the Republic are hereby dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with prejudice and without costs.

2. This Stipulation and Order may be signed in counterparts which, when taken as a whole, shall constitute one and the same document; and a facsimile or copy signature shall have the same force and effect as an original signature.

Dated: New York, New York
November 14, 2019

MILBERG PHILLIPS
GROSSMAN LLP

By: _____
Michael C. Spencer
(mspencer@milberg.com)
One Pennsylvania Plaza
New York, New York 10119

*Attorneys for the Milberg Plaintiffs*

Dated: New York, New York
November 14, 2019

CLEARY GOTTLIEB STEEN
& HAMILTON LLP

By: _____
Carmine D. Boccuzzi, Jr.
(cboccuzzi@cgsh.com)
One Liberty Plaza
New York, New York 10006

*Attorneys for the Republic of Argentina*

SO ORDERED:

_____
United States District Judge
Dated: November 15, 2019